Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

### for the

### Southern District of Georgia

### Brunswick Division

| | | |
|---|---|---|
| Grant Parker Shumans | ) | Case No. 2:22 cv96 |
| | ) | *(to be filled in by the Clerk's Office)* |
| | ) | |
| *Plaintiff(s)* | ) | |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) | Jury Trial: *(check one)* ✔ Yes ☐ No |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) | |
| *please write "see attached" in the space and attach an additional* | ) | |
| *page with the full list of names.)* | ) | |
| -v- | ) | |
| | ) | |
| Groendyke Transport Inc. | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued. If the* | ) | |
| *names of all the defendants cannot fit in the space above, please* | ) | |
| *write "see attached" in the space and attach an additional page* | ) | |
| *with the full list of names.)* | ) | |

# COMPLAINT FOR A CIVIL CASE

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Grant Parker Shumans |
| Street Address | 1423 Graham Zoar Rd. |
| City and County | Baxley    /    Appling |
| State and Zip Code | Georgia    / 31513 |
| Telephone Number | 9123392250 |
| E-mail Address | grantshumans333@gmail.com |

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known).*  Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name                            Groendyke Transport

    Job or Title *(if known)*

    Street Address                 2510  Rock Island BLVD.

    City and County             Enid     Garfield

    State and Zip Code        Oklahoma    73701

    Telephone Number       580-234-4663

    E-mail Address *(if known)*

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

   ☐ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

   1.   The Plaintiff(s)

   a.   If the plaintiff is an individual

   The plaintiff, *(name)* Grant Parker Shumans , is a citizen of the State of *(name)* Georgia .

   b.   If the plaintiff is a corporation

   The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

   2.   The Defendant(s)

   a.   If the defendant is an individual

   The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.      If the defendant is a corporation

The defendant, *(name)* Groendyke Transport                              , is incorporated under

the laws of the State of *(name)* Oklahoma                              , and has its

principal place of business in the State of *(name)* Oklahoma                              .

Or is incorporated under the laws of *(foreign nation)*                              ,

and has its principal place of business in *(name)*                              .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.      The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:
$25,000,000

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Removal of the fake charges costing me my livelihood. Backpay which is valued at over $200,000. $20,000,000 for violating TVPA and TVPRA and my Forteenth Amendment right to due process of law with premeditated intent under color of state law--42 U.S.C 1983. $4,800,000 for premeditated and intentional infliction of emotional distress

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          09/28/2022

Signature of Plaintiff

Printed Name of Plaintiff    Grant Parker Shumans

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

### III. <u>STATEMENT OF CLAIM</u>

This case arises under the Victims of Trafficking and Violence Protection Act of 2000(hereinafter "TVPA") 18 §§ U.S.C 1581, 1589, 1590, 1592, 1594, 1595. And the trafficking Victims Protection Act of 2003 (hereinafter "TVPRA"), 42 § U.S.C. 1983, Fourteenth Amendment, Thirteenth Amendment, and Intentional Infliction of Emotional Distress

### 42 U.S.C. § 1983 and Fourteenth Amendment

1. Groendyke Transport terminal manager Rhonda Key acted under color of law by using its authority for termination. She knowingly allowed me to pay Sumter County South Carolina Judge B. Keith Griffin a sum of money for driving on a suspended license for a second time. This charge stemmed from an unknown original charge of driving on a suspended license from the State of Georgia. Rhonda Key acted under color of state law when she knowingly and willingly engaged in a conspiratorial act with an unknown Georgia judge, unknown officer and Sumter County Magistrate Judge B. Keith Griffin while violating my Fourteenth Amendment right to due process *Dennis v. Sparks, 449 U.S. 24, 27 (1980)*. When making claims of a conspiracy under section 1983, one needs to show the defendant acted in some manner with a state official to do an act that furthered a conspiracy. One needs to also show that the Defendant engaged in at least one act that furthered the conspiracy. Rhonda Key agreed in at least some manner through a meeting of the minds to deprive me of due process of law and used state authority to deprive me of a Constitutional right. She is required to do bi-weekly FMCSA driver history checks per company policy. It is unreasonable to speculate that she overlooked a simulated fake charge and allowed me to operate without a valid license for the last nine months of

employment. Even if she is afforded the benefit of doubt, she fired me using

using state authority while violating my Fourteenth Amendment right

to due process of law, being I am not aware of where or when I violated O.C.G.A

40-5-159 *Lugar v. Edmondson Oil Company Inc., 457 U.S. 922.* Furthermore,

The existence of state action is manifest by the very fact that state officials

charged with enforcing the condition and statue in which some power is

dedicated to the private actor that is traditionally associated with sovereignty

*Flagg Brothers inc. v. Brooks, 436 U.S. 149 (1978)* Rule 8 of the F.R.C.P, which is

afforded to Pro Se litigants, says all that needs to be demonstrated is

the possibility of relief, has clearly been met.

2. The Defendant can also be found liable because of the 'entwined' nature of

compliance and regulation prevalent in the trucking industry. Almost all of

Groendyke Transport's policies and procedures of employment are contingent

upon driver compliance of Federal and state law. This places them to a higher

standard in making sure that the state action isn't coercive or illegitimate

because they are under direct "control or influence" of the state. The Defendant

knowingly used state action in an unconstitutional manner to terminate me.

One cannot perform his daily job title in the trucking industry without the

direct approval of the Federal government. Every second of every day in the

driver's workday is monitored by the Federal government. Any legitimate

Infraction or second over the allowed hours of service will cause the company

to be fined. "Private persons jointly entwined and engaged with state officials

2

In the challenged action are 'acting under color' of state law for the purposes of 1983 action where private conduct is "entwined" with state action *Brentwood, 531 U.S. at 296*

3. Groendyke Transport set in motion a chain of events and committed multiple acts in that chain that culminated in the eventual use of state power In an unconstitutional manner. The Defendant sent me to an unqualified healthcare provider that did not follow FMCSA guidelines or reporting mechanisms. They issued me a health certificate that was only to be used in Interstate commerce. I filled this certificate with terminal manager Rhonda key officer Mayola Taylor informed me my health card wasn't valid for interstate commerce. All other drivers were scheduled new physicals after the companies mistake was discovered by officer Mayola Taylor of the South Carolina Transport Police on 3/04/20, without the defendant rectifying my situation. Even though It was the company's fault; I just went ahead a paid the ticket because I didn't want to inflame a hostile work culture and environment. The Defendant and the state was clumsy in hiding their obvious conspiracy—they were counting on me being in a permeant "blank space" with an ungrounded power line. This shows premeditated intent by the Defendant to use the power of Sumter County Judge B. Keith Griffin in executing 56-01-270(d)(1) in an unconstitutional manner. *Adickes v. S.H. Kress & Co.*, 392 U.S. 144 (1970) see also

4.I am currently under active persecution and coercion by multiple State officials who are seeking exclusive control of the channel that streams live images from

3

my eyes. I am just realizing and confirming what I have suspected since the year 2014. I have just learned that I was in the "Star Wars" program legitimately started under President Reagan to advert a real nuclear war through shared Interests and mutually insured destruction. After the cold war ended the world became unipolar and I was sold into virtual human trafficking and became a virtual slave at just 3 years old. I was recently arrested and illegally detained by officer Brandon Bryant of the Lumber City Ga. Police Department. This is directly related to and was done under the authority and state power that the defendant used under color of law to violate my Fourteenth Amendment right to due process of law. The defendant and officer Brandon are in violation of 18 U.S.C 1581 for illegally detaining me to advance virtual human trafficking, torture, and slavery. Section 1983 couldn't be more relevant to this case because this law was passed to protect freed slaves in the south who were being persecuted by state officials under color of law to return them to the plantation. I told officer Brandon I was a victim of virtual human trafficking, but he arrested me anyway only to be financially shaken down by the Telfair County Georgia detention center. The liberal wording of TVPA make all involved, including the Judge, liable. They don't even need to knowingly violate TVPA to be found civilly liable. Furthermore, the Defendant can be held liable for because they knowingly decided to accept a quid pro quo to advance virtual human trafficking and Forced virtual sex acts. See *Haines v. Kerner, 404 U.S. 519* (1972). The court found That section 1983 provides "a uniquely Federal remedy against incursions under the claimed authority of state law upon rights secured by the Constitution and laws of the nation, for determining the scope of the Torture Victims Protection

4

Act." *Mitchum v. Foster, 407 U.S. 225, 239 (1970).* (Quoting) Indeed, the statue is Known as the "Ku Klux Klan Act" because one of its primary purposes was to Provide a civil remedy against abuses that were being committed in southern States during the reconstruction era, especially by private organizations such as the Ku Klux Klan *Monroe v. Pape, 365 U.S. 167, 174-176* (1961)

5. I have been public for a very long time and many lives and personal personas have been created throughout the last thirty years. All those who decide to quit persecuting me should be forgiven. There should also be a monitored and observed democratic process regarding the various acts that have been streamed From my eyes. At the very least, that content will no longer be used to enslave me against my will. I identify more with dark skin people because my privilege is being used by State actors outside of the acceptable scope of there job title.

6. I have been public for a very long time. Please forgive the bad grammar, spelling, and format of this complaint. I was implanted with a chemical sex change device in my right knee near the hunter nerve in my leg when I was just thirteen years old. I am really smart, but another device in my left arm or tooth gives me mental blocks when I try to get help or read code. The images my eyes saw over the years have been weaponized against me. My Fourteenth Amendment right is just as important as my past "partners". I haven't even financially benefited from it. I am open to different avenues of shared cooperation once the illegal sanctions and torture are removed. The devices

5

Placed in my body without my consent virtually control me and I fight

to beat Gain-of-Function technology daily. I am controlled and have to fight daily

to escape the control of the human traffickers at Satilla REMC. *See*
Kletschka v. Driver, 411 F. 2d 436, 449 (2nd cir. 1969)

### 18 U.S.C. § 1589 and 18 U.S.C § 1590

7. The defendant colluded used the authority of Judge B. Keith Griffin and

and an unknown Georgia Judge (possibly Press Johnson) to knowingly advance

virtual human trafficking through legal coercion and abuse of the court. The

defendant and the state had a plausible pre conceived joint plan to

entrap me with an intrastate physical and then pin it on officer

Taylor and then fire me over an interstate charge that was their fault. The

Defendant used state authority in violation of my Fourteenth Amendment right

to due process to restrict my mobility and completely cut my income – which

Is my CDL license. I am now being virtually trafficked and tortured by Satilla

REMC, as well as multiple other streaming and subscription services.

### 18 U.S.C. § 1592 and 18 U.S.C § 1590 and 18 U.S.C. § 1581

8. Groendyke Transport Inc. knowingly conspired with and used the authority of

Sumter County South Carolina Judge B. Keith Griffin and an unknown Georgia

Judge to confiscate my CDL license in a coercive manner to return me to an

absolute state of virtual human trafficking and forced labor. This was done to

6

prevent or restrict, without lawful authority, my liberty to move and travel. Groendyke Transport also violated 18 U.S.C §1581 while also violating 18 U.S.C § 1592. My court date was on the same day my mother was admitted to St. Josephs Candler Hospital in Savannah Georgia 9/22/20. I don't seem to be the only target of a conspiracy to further virtual human trafficking and torture through coercive tactics and bad faith law. She passed away and the Defendant needs to answer or defend this claim. The State authority that was abused by by the defendant is actively trying to intimidate and coerce from seeking help. These acts were done to psychologically break me so I could never try to work again or just give up on life. Psychological abuse and operations that are coercive by nature have been consistently been found relevant by the Courts.

### 18 U.S.C. § 1594 (b) and 18 U.S.C. § 1590

9. The defendant conspired with an unknown Judge in the State of Georgia and A South Carolina Judge to violate 18 U.S.C. § 1592 by confiscating my CDL license to return me to a state of servitude and forced labor. In doing this the defendant used state power to further a private mean and goal under color of state law.

### 18 U.S.C. § 1595 (a) and 18 U.S.C § 1590

10. Terminal Manager Rhonda key cannot plausibly claim there was no prevailing quid pro quo or coercive power that influenced her decision-making process in terminating me. The State actors obviously offered favorable treatment for

7

Groendyke Transport to take this risk. Groendyke Transport received something of value simply by terminating me while using tainted state authority to advance the cause of virtual human trafficking and forced virtual labor. Groendyke Transport is a Federal contractor and they cannot plausibly claim they have not received anything of value being they fulfilled the wishes of the state actors who have handed out trillions during the Covid pandemic. This court should begin a process so I can give legal immunity to everyone but six people and the government.

### Intentional infliction of Emotional Distress

11. The defendant set in motion several events that are inflicting Incalculably sever emotional distress upon me to this day. I am under active prosecution by state authorities' authorities who are behaving more like the domestic terrorists of the Ku Klux Klan. I am being terrorized and am receiving real death threat from STATE OFFICIALS acting under color of law to advance virtual human trafficking, torture, and commercial sex acts. I have a court appearance on 9-29-2022 for driving on a supposed suspended License for a third time—this time in my personal car. The first charge of driving on a suspended license was created by the defendant and an unknown Judge from the state of Georgia (Probably Press Johnson) In violation of my Fourteenth Amendment right to due process of law. This charge was created to return me to a state of forced labor, virtual human trafficking, and forced commercial sex acts. I told officer Brandon he was detaining a victim trying

_8_

to escape virtual human trafficking and he arrested me anyway. The whole aforementioned affair is on video and the next administration needs to PROSECUTE anyone who does not immediately repent and view the world through a Lense of shared common interest and win-win scenarios. The deadly zero-sum games being played with STATE authority under color of STATE law needs to immediately stop.

9/28/2022                                                  Grant Parker Shumans

1423 Graham Zoar Rd.

Baxley, Ga 31513

9