# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

```
GRANT PARKER SHUMANS,

    Plaintiff,

    v.                                      CV 2:22-096

GROENDYKE TRANSPORT,

    Defendant.
```

## ORDER

Plaintiff Grant Shumans initiated this action on September 28, 2022. See Dkt. No. 1. On October 27, 2022, Defendant Groendyke Transport timely moved to dismiss the Complaint. Dkt. No. 6. On November 8, 2022, Plaintiff filed an amended complaint as a matter of course pursuant to Federal Rule of Civil Procedure 15(a)(1)(B). Dkt. No. 7. As a result, on November 9, 2022, the Court denied Defendant's motion to dismiss as moot. Dkt. No. 8. Defendant then renewed its motion to dismiss on November 21, 2022. Dkt. No. 9. On May 12, 2023, the Court denied Defendant's motion to dismiss and provided Plaintiff an opportunity to amend his complaint within twenty days. Dkt. No. 23 at 8-9. The Court warned Plaintiff that his failure to timely file a second amended complaint "will result in dismissal of this action." Id. at 8. Plaintiff has filed neither a second amended complaint nor a motion for extension of

time to respond, and the time for doing so has passed. Therefore, in accordance with the Court's prior Order, this case is **DISMISSED** without prejudice. The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 7 day of June, 2023.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA